**Order entered January 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00227-CR

**ALEXANDER GOOD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-00588-H**

## ORDER

The Court **GRANTS** the State's January 24, 2014 second motion to extend time to file its brief. We **ORDER** the State's brief received on January 24, 2014 filed as of the date of this order.

/s/    JIM MOSELEY
PRESIDING JUSTICE